1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM J. GRADFORD,                      Case No.  1:18-cv-00710-LJO-BAM (PC)

12                    Plaintiff,               ORDER REGARDING PLAINTIFF'S
                                               NOTICE REGARDING INMATE TRUST
13          v.                                 ACCOUNT STATEMENT

14   CHAN,                                     (ECF No. 13)

15                    Defendant.

16

17
            Plaintiff William J. Gradford ("Plaintiff") is a state prisoner proceeding *pro se* and *in*
18
     *forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this
19
     action on May 11, 2018, in the Sacramento Division of the United States District Court for the
20
     Eastern District of California.  (ECF No. 1.)  The matter was transferred to the Fresno Division on
21
     May 24, 2018.  (ECF No. 8.)
22
            On May 22, 2018, the Clerk of the Court directed the California Department of
23
     Corrections and Rehabilitation (CDCR) to submit a certified prison trust account statement for
24
     Plaintiff.  (ECF No. 6.)  On May 23, 2018, CDCR submitted the requested prisoner trust fund
     account statement for Plaintiff.  (ECF No. 7.)  Having received the necessary information, the
25
     Court granted Plaintiff's motion on May 29, 2018.  (ECF No. 10.)
26
            Currently before the Court is Plaintiff's notice, filed June 4, 2018, regarding his repeated
27
     attempts to obtain a copy of his prison trust account statement from prison officials.  (ECF No.
28
     13.)  Plaintiff states that he is providing the Court with notice of the trouble he is having in

                                                   1

obtaining a trust account statement, but does not ask for any particular relief.

   As noted above, the Court received a copy of Plaintiff's trust account statement from CDCR on May 23, 2018, and granted Plaintiff's motion to proceed *in forma pauperis* on May 29, 2018. It appears that the Court's May 29, 2018 order has crossed in the mail with Plaintiff's notice.

   By the instant order, Plaintiff is informed that he has made the showing required by § 1915(a) and the Court has granted his request to proceed *in forma pauperis*. His case will proceed accordingly, and Plaintiff is not required to submit another copy of his trust account statement. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

   Dated:   **June 6, 2018**                                   /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE